Dismissed and Memorandum Opinion filed August 12, 2004









Dismissed and Memorandum Opinion filed August 12,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00576-CR

NO. 14-04-00577-CR

____________

 

ODIS CHARLES
OLIVER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County,
Texas

Trial Court Cause Nos. 981,029
& 981,030

 



 

M E M O R A N D U M   O P I N I O N

In cause number 981,029, appellant entered a guilty plea to
robbery.  In cause number 981,030,
appellant entered a guilty plea to assault. 
In accordance with the terms of plea bargain agreements with the State,
on May 18, 2004, the trial court sentenced appellant in each cause number to
confinement for two years in the Institutional Division of the Texas Department
of Criminal Justice.  Appellant filed pro
se notices of appeal.  Because appellant
has no right to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).